John L. Poole
1566 Court Street NE
Salem, Oregon 97301
(707) 812-1323
Plaintiff *pro se*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

JOHN L. POOLE,

                                     Plaintiff,

v.

CITY OF SALEM, OREGON
DEPARTMENT OF TRANSPORTATION,
FEDERAL HIGHWAY ADMINISTRATION,
OREGON STATE HISTORIC
PRESERVATION OFFICE, ADVISORY
COUNCIL ON HISTORIC PRESERVATION

                                     Defendants.

Case No. 6:18-cv-1175-AA

NOTICE OF VOLUNTARY DISMISSAL OF
ACTION

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily

dismisses without prejudice Defendants CITY OF SALEM, OREGON DEPARTMENT OF

TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, OREGON STATE

HISTORIC PRESERVATION OFFICE, and ADVISORY COUNCIL ON HISTORIC

PRESERVATION from this action . Plaintiff also dismisses this action.

Dated: August 14, 2018


John L. Poole, *Pro Se*

CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing  NOTICE OF VOLUNTARY DISMISSAL OF ACTION on Defendant by e-mail as follows:


Thomas Cupani, attorney for Defendant City of Salem:  tcupani@cityofsalem.net

Todd Marshall, attorney for Defendants Oregon Department of Transportation and Oregon State Historic Prservation Office: todd.marshall@doj.state.or.us

Scott Bauer and Sean Martin, attorneys for Defendant Federal Highway Administartion and Advisory Council on Historic Preservation:  Scott.Bauer@usdoj.gov  sean.martin@usdoj.gov

Dated: August 14, 2018


John L. Poole, *Pro Se*

Voluntary Dismissal  8/8/2018                    2